■ MARY J. HANDAL et al., Respondents, v RUSHMORE PRODUCTS, INC., Appellant. (And a Third-Party Action.)—In a negligence action to recover damages for personal injuries, etc., defendant appeals from an order of the Supreme Court, Kings County, dated November 3, 1975, which denied its motion to vacate a prior order of the same court, dated October 25, 1972, which dismissed its defense of the Statute of Limitations. Order affirmed, with $50 costs and disbursements. In our view, defendant failed to show a reasonable excuse for its default. Accordingly, it is not entitled to vacatur thereof (see CPLR 5015, subd [a]). Cohalan, Acting P. J., Damiani, Rabin, Titone and Hawkins, JJ., concur.

■ HEMPSTEAD BANK, Appellant, v CONTINENTAL INSURANCE COMPANY, Respondent.—In an action on a banker's blanket bond issued by defendant, plaintiff appeals from an order of the Supreme Court, Nassau County, dated June 9, 1975, which denied its motion for summary judgment. Order affirmed, with $50 costs and disbursements. This is the type of case in which the issues should be developed at a trial. Gulotta, P. J., Hopkins, Latham, Margett and Shapiro, JJ., concur.